UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

VINCENT MARK CASTILLO                          CIVIL ACTION

VERSUS                                         NO: 07-3386

KATHLEEN BABINEAUX BLANCO,                     SECTION: J
ET AL

                              **ORDER**

    Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion.  No memorandum in opposition to Defendants Kathleen Babineaux Blanco, Genie C. Powers, Lisa Cassera, the State of Louisiana, and the State of Louisiana Parole Board's Motion to Dismiss as (1) Frivolous, (2) For Lack of Subject Matter Jurisdiction, (3) For Failure to State a Claim for Which Relief Can Be Granted (Rec. Doc. 29), set for hearing on November 14, 2007, was submitted timely.  Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit, namely, that any action against these Defendants has prescribed,

    **IT IS ORDERED** that Defendants Kathleen Babineaux Blanco,

Genie C. Powers, Lisa Cassera, the State of Louisiana, and the State of Louisiana Parole Board's ("Louisiana Defendants") **Motion to Dismiss as (1) Frivolous, (2) For Lack of Subject Matter Jurisdiction, (3) For Failure to State a Claim for Which Relief Can Be Granted (Rec. Doc. 29)** is **GRANTED**.  Accordingly, all claims against Kathleen Babineaux Blanco, Genie C. Powers, Lisa Cassera, the State of Louisiana, and the State of Louisiana Parole Board are dismissed with prejudice at Plaintiff's costs.

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty days.  The motion must be accompanied by an opposition memorandum to the original motion.  Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, may be assessed against the party moving for reconsideration.  See Fed. R. Civ. P. 16.

**IT IS FURTHER ORDERED** that Defendants The City of Kenner and Nick A. Congemi's **Motion to Dismiss Plaintiff's Claim and/or for Summary Judgment (Rec. Doc. 35),** set for hearing on November 28, 2007, should be and hereby is **GRANTED** for the same reasons as above; any action against these Defendants is clearly prescribed.

**IT IS FURTHER ORDERED** that all claims Plaintiff has against any remaining Defendants arising out of the incident in question are hereby **DISMISSED** with prejudice for the same reasons as above; any action against these Defendants is clearly prescribed.

New Orleans, Louisiana this 19th day of November, 2007.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE